### 50765. LEE v. MORRISON.

WEBB, Judge.

It appearing that this cause is still pending below, and the certificate for immediate review was neither signed nor entered within ten days of the order complained of, the appeal must be dismissed as premature. Code Ann. § 6-701 (a).

*Appeal dismissed. Bell, C. J., and Marshall, J., concur.*

SUBMITTED JUNE 2, 1975 — DECIDED JUNE 11, 1975.

*Harold N. Wollstein,* for appellant.

*Walton, Smith, Shaw, Maddox & Davidson, Groze Murphy, Jr., J. Clinton Sumner, Jr.,* for appellant.